**Order entered March 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01049-CR
No. 05-12-01050-CR
No. 05-12-01051-CR
No. 05-12-01052-CR
No. 05-12-01053-CR
No. 05-12-01054-CR
No. 05-12-01055-CR

**LORENSO DEMON HICKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-24069-Q, F09-24070-Q, F09-24081-Q, F09-24091-Q,**
**F09-40606-Q, F09-40635-Q, F10-63192-Q**

## ORDER

The Court **GRANTS** appellant's March 25, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE